HEATHER E. WILLIAMS, #122664
Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
heather_williams@fd.org

Attorney for Defendant
ROBERT GLEN REDDING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Yosemite Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Robert Glen Redding,<br><br>Defendant. | Case No.  6:16-mj-00075-MJS<br><br>MOTION TO PROCEED IN ABSENTIA UNDER Fed. R. Crim. P. 43(b)(2); ORDER<br><br>Date: December 6, 2016<br>Time: 10:00 a.m.<br>Judge: Hon. Michael J. Seng |

Pursuant to Fed. R. Crim. Proc. 43(b)(2), Defendant, ROBERT GLEN REDDING, through counsel, Heather E. Williams, Federal Defender, hereby moves voluntarily to waive this personal appearance at the Initial Appearance on December 6, 2016 and appear by video teleconference.

Defendant is charged with Initial Appearance.

Defendant's reason(s) to waive appearance now are:

a) Defendant lives in Homestead, Florida , with his 12 year old daughter of whom he has sole legal and physical custody.

b) Defendant is unemployed.

c) Given the level of Mr. Redding's debt and no employment, Mr. Redding is not able to personally appear in court at Yosemite, California. Mr. Redding is able to travel to the federal court nearest to him, the United States District Court, Florida Southern District – Miami, the C. Clyde Atkins U.S. Courthouse, 301 N. Miami Avenue, Miami, FL  33128.  Defense counsel contacted that Court to make

Motion to Proceed in Absentia
Fed. R. Crim. P. 43(b)(2); Order

-1-

*United States v. Robert Glen Redding*
Case No.  6:16-mj-0075-MJS

1    arrangements for a video teleconference, if this Court permits, and forwarded that
2    information to chambers staff.
3    It is impracticable for Defendant to appear for the above hearing(s) under the
4    circumstances. Therefore, Defendant would like to proceed by video teleconference.
5    The Government through Susan St. Vincent agrees with Defendant's Rule 43 waiver of
6    appearance for this above-requested hearing.
7    Federal Rule of Criminal Procedure 43 sets forth the requirements concerning a
8    defendant's presence at various hearings. Rule 43(b)(2) defines the circumstances under which a
9    defendant's presence is not required, including misdemeanor offenses. A defendant need not be
10   present if "[t]he offense is punishable by fine or by imprisonment for not more than one year, or
11   both, and with the defendant's written consent, the court permits arraignment, plea, trial, and
12   sentencing to occur by video teleconferencing or in the defendant's absence." Fed.R.Crim.Proc.
13   43(b)(2).
14   Defendant is charged with violating (1) 36 C.F.R. § 2.35(b)(2) unlawful possession of
15   marijuana, (2) 36 C.F.R § 2.32(a)(3) false information, (3) 36 C.F.R. § 4.2(b) applying
16   Cal.Veh.Code § 14601.5(a) driving on a suspended license, and (4) 18 U.S.C. § 13 applying
17   Cal.Pen.Code § 529.5(c) possession a false identification card.  Each is a Class B Misdemeanor.
18   The maximum punishment for each is 6 months custody, with varying fines.
19   Therefore, Defendant meets the requirements of Rule 43(b)(2) and the Court can permit
20   this hearings to occur in this absence.
21   Defense counsel spoke with Defendant in depth about this right to be personally present
22   at his initial appearance and the meaning of waiver of that right. Defendant understood this right.
23   Defendant makes this waiver knowingly and voluntarily, without threat or promise.
24   DEFENDANT respectfully requests the Court allow Defendant to appear by video
25   /////
26   /////
27   /////
28

Motion to Proceed in Absentia
Fed. R. Crim. P. 43(b)(2); Order                    -2-                    *United States v. Robert Glen Redding*
Case No.  6:16-mj-0075-MJS

teleconference at his Initial Appearance as requested above.

Dated: December 5, 2016

          HEATHER E. WILLIAMS
          Federal Defender

          /s/Heather E. Williams
          Attorney for Defendant
          Robert Glen Redding

          /s/Robert G. Redding
          Robert Glen Redding
          (signed by Attorney after Client advisals and
          consent to waive, Client consent for attorney to sign
          for him)

    Initial Appearance

## ORDER

Pursuant to Federal Rule of Criminal Procedure 43(b)(2).Defendant Robert Glen Redding, in case number 6:16-mj-00075-MJS, need not personally appear at his initial appearance/arraignment set for 10:00AM Pacific December 6, 2016, provided he make arrangements to participate and does participate by telephone.

IT IS SO ORDERED.

Dated:   December 5, 2016        /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE