HEATHER E. WILLIAMS, #122664
Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
heather_williams@fd.org

Attorney for Defendant
ROBERT GLEN REDDING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Yosemite Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:16-mj-00075-MJS |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE (1st request)** |
| vs. | |
| Robert Glen Redding, | |
| Defendant. | Date: February 7, 2017 Time: 10:00 a.m. Judge: Hon. Michael J. Seng |

Defendant, ROBERT GLEN REDDING, by and through Heather E. Williams, Federal Defender, and the United States of America, by and through Susan St. Vincent, Acting Legal Officer, National Park Service, pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) and General Order 479, T1 – a failure to continue would result in a miscarriage of justice, stipulate and move to **continue the Status Conference set for February 7, 2017 to a date and time convenient with the court in March or April 2017**, and to permit his telephonic appearance, as follows:

1. REDDING, through counsel, provided the Government with a copy of his medical marijuana use permission effective at the time of the alleged offenses.

2. The defense received the Government's disclosure in December 2016 and is conducting follow-up investigation and legal research concerning matters in the disclosure.

THEREFORE, so counsel can have adequate time to conduct investigation and legal research as needed, and defense counsel would not be effective as required to proceed with other than continuing the Status Conference, Defendant ROBERT GLEN REDDING moves to:

1. continue his Status Conference from February 7, 2017, to a date and time convenient to the court in March or April 2017; and

2. waive his physical presence at that hearing and appear telephonically, just as this Court permitted his presence waived at the December 6, 2016 hearing.

The Government stipulates to the requested continuance.

SUBMITTED: February 6, 2017.

HEATHER E. WILLIAMS
Federal Defender

*s/ Heather E. Williams*
HEATHER E. WILLIAMS
Federal Defender
Attorney for ROBERT G. REDDING

UPON E-MAILED STIPULATION          UNITED STATES OF AMERICA

*s/ Susan St. Vincent*
SUSAN ST. VINCENT
Action Legal Officer, National Park Service

1

## <u>ORDER</u>

Upon the parties' stipulation, and finding the ends of justice met by granting the requested continuance,

IT IS HEREBY ORDERED that the Status Conference set for February 7, 2017, in 6:16mj0075 is continued to March 22, 2017, at 10:00 a.m., and Defendant's physical appearance is waived; he may appear telephonically at that Status Conference.

IT IS SO ORDERED.

Dated:   February 6, 2017        /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE