HEATHER E. WILLIAMS, #122664
Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
heather_williams@fd.org

Attorney for Defendant
ROBERT GLEN REDDING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Yosemite Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Robert Glen Redding,<br><br>　　　　Defendant. | Case No.  6:16-mj-00075-MJS<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE (2nd request)**<br><br>Date: March 22, 2017<br>Time: 10:00 a.m.<br>Judge: Hon. Michael J. Seng |

　　　　Defendant, ROBERT GLEN REDDING, by and through Heather E. Williams, Federal Defender, and the United States of America, by and through Susan St. Vincent, Acting Legal Officer, National Park Service, pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) and General Order 479, T1 – a failure to continue would result in a miscarriage of justice, stipulate and move to **continue the Status Conference set for March 22, 2017 to a date and time convenient with the court after April 22, 2017**, and to permit his telephonic appearance, as follows.

　　　　1. Counsel had requested additional records on Redding possibly relevant to both trial and non-trial dispositions, but they are not yet received.

　　　　2. REDDING, through counsel, provided the Government with a copy of his medical marijuana use permission effective at the time of the alleged offenses.

　　　　3. The defense received the Government's disclosure in December 2016 and is

conducting follow-up investigation and legal research concerning matters in the disclosure. Additional investigation and research is needed regarding the constitutionality of the stop and subsequent searches and questioning.

4. Defense counsel requires additional time to convey a settlement offer from the government.

THEREFORE, so counsel can have adequate time to conduct investigation and legal research as needed, and defense counsel would not be effective as required to proceed with other than continuing the Status Conference, Defendant ROBERT GLEN REDDING moves to:

1. continue his Status Conference from March 22, 2017, to a date and time convenient to the court after April 22, 2017; and
2. waive his physical presence at that hearing and appear telephonically, just as this Court permitted his presence waived at the December 6, 2016 hearing.

The Government stipulates to the requested continuance.

SUBMITTED: March 21, 2017.

HEATHER E. WILLIAMS
Federal Defender

*s/ Heather E. Williams*
HEATHER E. WILLIAMS
Federal Defender
Attorney for ROBERT G. REDDING

UPON E-MAILED STIPULATION

UNITED STATES OF AMERICA

*s/ Susan St. Vincent*
SUSAN ST. VINCENT
Action Legal Officer, National Park Service

**ORDER**

Upon the parties' stipulation, good cause appearing, and finding the ends of justice are met by granting the requested continuance,

IT IS HEREBY ORDERED that the Status Conference set for March 22, 2017, is continued to May 16, 2017, at 10:00 a.m. Defendant's physical appearance is waived and he may appear telephonically.

IT IS SO ORDERED.

Dated:   March 21, 2017          /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE