HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ROBERT REDDING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:16-mj-00075-MJS |
|---|---|---|
| Plaintiff, | ) | **REQUEST FOR RULE 43 WAIVER FOR PLEA AND SENTENCING; ORDER** |
| vs. | ) | |
| ROBERT REDDING, | ) | Hon. Michael J. Seng<br>Date: July 25, 2017<br>Time: 10:00 a.m. |
| Defendant. | ) | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Robert Redding, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for plea and sentencing at the July 25, 2017 change-of-plea hearing and that he be allowed to appear by video from the United States District Court in Miami, Florida. This Court has the discretion under Rule 43(b)(2) to allow Mr. Redding to appear by video for plea and sentencing. The government has no objection to this request.

Mr. Redding currently resides in Miami, Florida. Mr. Redding would incur significant expense to travel to Yosemite from Florida. As the parties have reached a resolution as to the appropriate sentence in this case, Mr. Redding respectfully requests that the Court grant a waiver of his right to be personally present and that he be permitted to appear via video from the United States District Court in Miami, Florida, for purposes of plea and sentencing. The defense is in the

process of arranging a video conference with the federal district court in Miami.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 17, 2017          */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
ROBERT REDDING

# O R D E R

**GOOD CAUSE APPEARING**, the above unopposed request to waive Defendant's personal appearance and allow him to appear via video at the July 25, 2017 change of plea and sentencing hearing in Case No. 6:16-mj-00075-MJS, is hereby granted and made the order of this Court, **PROVIDED** a fully executed written plea agreement is provided to the Court at least two business days before the hearing and Defendant completes all arrangements necessary to enable his appearance by video from the Federal Court in Miami, Florida.

IT IS SO ORDERED.

Dated:  July 19, 2017          */s/ Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Redding – Request for Rule 43 Waiver for
     Plea and Sentencing

2