| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
ROBERT REDDING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:16-mj-00075-MJS |
|---|---|
| Plaintiff, | ) **STIPULATION TO VACATE BRIEFING** |
| | ) **SCHEDULE AND THE AUGUST 22, 2017** |
| vs. | ) **MOTION HEARING, AND TO SET FOR** |
| | ) **PLEA AND SENTENCING** |
| ROBERT REDDING, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Robert Redding, that the Court vacate the previously set briefing schedule and motion hearing date, and re-set the matter for plea and sentencing on September 27, 2017, at 10:00 a.m.

On July 25, 2017, this matter was before the Court for plea and sentencing. At that hearing, the Court declined the proposed plea agreement reached by the parties and set a briefing schedule on "(1) the issue of the Court's authority to reject pleas as so far as it calls for a dismissal of charges and (2) the Court's right to decline the dismissal of charges the Government proposes to dismiss." Dkt. # 16. Both parties were ordered to file briefs on these issues by August 7, 2017, with any reply briefs due by August 14, 2017, and a motion hearing set for August 22, 2017, at 10:00 a.m.

Following the hearing on July 25, 2017, the parties discussed the above issues in chambers with the Court. Defense counsel has conferred with the government and the parties are in agreement to set the matter for plea and sentencing on September 27, 2017, at 10:00 a.m. Accordingly, the parties request that the Court vacate the currently set briefing schedule and August 22, 2017 motion hearing, and set the matter for plea and sentencing on September 27, 2017, at 10:00 a.m.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 4, 2017         */s/ Susan St. Vincent*
                             Susan St. Vincent
                             Yosemite Legal Officer
                             Attorney for Plaintiff

                             HEATHER E. WILLIAMS
                             Federal Defender

Date: August 4, 2017         */s/ Reed Grantham*
                             REED GRANTHAM
                             Assistant Federal Defender
                             Attorney for Defendant
                             ROBERT REDDING

## **O R D E R**

**GOOD CAUSE APPEARING**, the above request to vacate the previously set briefing schedule and August 22, 2017 motion hearing in Case No. 6:16-mj-00075-MJS, is hereby accepted and adopted as the order of this Court. The matter is set for plea and sentencing on September **26**, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   August 7, 2017              /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

Redding – Stipulation to Vacate Briefing Schedule
   and August 22, 2017 Motion Hearing,
   and to Set for Plea and Sentencing

Redding – Stipulation to Vacate Briefing Schedule
   and August 22, 2017 Motion Hearing,
   and to Set for Plea and Sentencing