# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: **6:16MJ00075-1** |
| **ROBERT GLEN REDDING** | Defendant's Attorney: Reed Brian Grantham, Assistant Federal Defender |

**THE DEFENDANT:**

[✓] pleaded guilty to count(s) __2 and 3__ of the Complaint.
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR § 2.32(a)(3) | Knowingly giving a false or fictitious report or other false information to an authorized person investigating an accident or violation of law or regulation. | 8/6/2016 | 2 |
| 36 CFR § 4.2(b), CVC 14601.5(a) | Drive while license is suspended for refusal of a chemical test. | 8/6/2016 | 3 |

    The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ .
[✓] Count(s) __1 and 4__ dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[ ] Appeal rights given.    [✓] Appeal rights waived.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

9/27/2017
Date of Imposition of Judgment
/s/ Michael J. Seng
Signature of Judicial Officer
**Michael J. Seng**, United States Magistrate Judge
Name & Title of Judicial Officer
9/27/2017
Date

# PROBATION

The defendant is hereby sentenced to unsupervised probation for a term of :
<u>24 months</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant's probation shall be unsupervised by the probation office.
2. The Defendant is ordered to obey all federal, state, and local laws.
3. The Defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.
4. The Defendant shall pay a fine of $730.00 and a special assessment of $20.00 for a total financial obligation of $750.00, which shall be paid at the rate of $75.00, per month commencing on 10/27/2017, and each month thereafter by the 27th of the month to be paid in full within the first 10 months of probation. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

    CLERK U.S.D.C.  
    2500 Tulare Street, Rm 1501  
    Fresno, CA 93721

5. The Defendant is ordered to personally appear for a Probation Review Hearing on 9/25/2018 at 10:00 am before U.S. Magistrate Judge Seng.
6. The Defendant shall complete 100 hours of community service. The Defendant shall perform and complete the community service hours within the first 22 months of probation and submit proof to the Court and the Government through his attorney.
7. The Defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.