HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
RACHELLE BARBOUR, Bar #
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel. (916) 498-5700/Fax (916) 498-5700
Rachelle_barbour@fd.org

Attorney for Defendant
ROBERT REDDING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:16-MJ-0075 JDP |
| Plaintiff, | **STIPULATION AND ORDER VACATING REVIEW HEARING AND TERMINATING OF PROBATION** |
| vs. | |
| ROBERT REDDING, | |
| Defendant. | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Robert Redding, by and through his Assistant Federal Defender Rachelle Barbour, that the Court may vacate the review hearing set for August 20, 2019.  Mr. Redding requests that the Court terminate the term of probation, and the Government does not oppose.  Mr. Redding has satisfied the government by completing his community service hours, and his obligation of his $750.00 fine has been paid in full.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 25, 2019          */s/ Rachelle Barbour*
                              RACHELLE BARBOUR
                              Assistant Federal Defender
                              Attorney for ROBERT REDDING

McGREGOR SCOTT
United States Attorney

Dated: July 25, 2019                    /s/ *Rachelle Barbour for S. St.Vincent*
                                        SUSAN ST. VINCENT
                                        Legal Officer

# O R D E R

The review hearing scheduled for August 20, 2019 is vacated.  The court hereby terminates the defendant's term of probation.

IT IS SO ORDERED.

Dated:   July 31, 2019

UNITED STATES MAGISTRATE JUDGE